# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFERY ROBERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COWAN SYSTEMS, LLC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT TO SUE**

1. I have worked as a truck driver for Defendant Cowan Systems, LLC.

2. I hereby consent to become a plaintiff in this case in connection with the claims under the federal Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and to be bound by judgment by the court or any settlement or resolution of this lawsuit.

3. I designate Fair Work, P.C. to represent me for all purposes in this lawsuit.

**Signature:** *[DocuSigned by: Jeffery Roberson, 82870C237572463]*

**Name:** Jeffery Roberson

**Address:** REDACTED

**Telephon[e]:** REDACTED

**E-mail:** REDACTED